**Order entered March 21, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00921-CV**

**IN RE THE GUARDIANSHIP OF R.R.A., AN INCAPACITATED PERSON**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-06-03471-3**

**ORDER**

Before the Court is appellee's March 18, 2022 unopposed motion for a fourteen-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 4, 2022.

/s/    CRAIG SMITH
        JUSTICE